THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STUART WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 10-2365-RDR-KGS |
| ) | |
| UNITED STATES MARSHALS ) | |
| SERVICE, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF THE PLAINTIFF AND DEFENDANT UNITED STATES MARSHALS SERVICE IN SUPPORT OF MOTION FOR STAY OF PROCEEDINGS**

COMES NOW Plaintiff, Stuart Wright and Defendant United States Marshals Service and, in support of their motion for an order staying further proceedings in this case pending conclusion of Plaintiff's Federal Tort Claim states as follows:

**Statement of the Case**

On July 6, 2010, the Plaintiff filed a Complaint for Violation of the Freedom of Information Act, Injunctive Relief, Damages and Attorney's Fees. (Doc. No. 1). Plaintiff alleges that his civil rights were violated when "employees of the United States Marshals Service grabbed hold of plaintiff, tasered plaintiff, and threw him to the ground." (Doc. No. 1 ¶¶ 5-7). Plaintiff through this complaint seeks the identity of the persons involved in the incident.

**Memorandum**

Plaintiff will be filing a federal lawsuit pursuant to the Federal Torts Claims Act, Bivens Law, civil rights laws, and other legal claims. The identity of the persons involved in the alleged incident may be discoverable through the appropriate Federal Rules of Discovery. Undertaking further litigation of this case may result in unnecessary expenditures of the parties' time and money, as well

as judicial resources. The court has the power to stay proceedings pending before it as part of its inherent power to control its docket. *Beltronics USA v. Midwest Inventory Distribution,* 545 F.Supp.2d 1188, 1189 (D. Kan. 2008), citing *Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936); *Pet Milk Co. V. Ritter,* 323 F.2d 586, 588 (10th Cir. 1963). The decision to grant a stay is within the discretion of the court. *Goodyear Tire & Rubber Co. V. Midwest Freight Specialists, LLC*, No. 07-2189-KHV, 2008 WL 2622894 (D. Kan. July, 2008) citing, *Landis v. N. Am. Co.,* 299 U.S. 248, 255 (1936). Accordingly, the litigation of this case should be delayed until such time as it is determined whether plaintiff will be able to obtain the identity of the individuals involved in the alleged incident through normal means of discovery.

## Conclusion

WHEREFORE, Plaintiff and Defendant United States Marshals Service request that further proceedings, including the filing of an Answer or other responsive pleading by the United States Marshals Service herein, be stayed pending the filing and discovery of plaintiff's civil litigation mentioned hereinabove.

    Respectfully submitted,

    BARRY R. GRISSOM
    United States Attorney


    **s/Robin B. Moore**
    ROBIN B. MOORE, #10440
    Assistant U.S. Attorney
    1200 Epic Center, 301 N. Main
    Wichita, Kansas  67202
    (316) 269-6481
    (316) 269-6481 (FAX)
    robin.moore@usdoj.gov

In the United States District Court
for the District of Kansas
Stuart Wright v. United States Marshals Service
Civil Action No. 10-2365-RDR-KGS
Memorandum in Support of Joint Motion for Stay of Proceedings

    s/John Kurtz
JOHN KURTZ, #18506
Hubbard & Kurtz, L.L.P.
1718 Walnut
Kansas City, MO 64108
(816) 467-1776
(816) 472-5464 (Fax)
Jkurtz@MoKanLaw.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF MAILING

I hereby certify that on September 8th, 2010, I electronically filed the foregoing Memorandum with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    John Kurtz
    Jkurtz@MoKanLaw.com

    s/Robin B. Moore
ROBIN B. MOORE
Assistant U.S. Attorney