THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STUART WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No. 10-2365-RDR-KGS |
| UNITED STATES MARSHALS SERVICE, | ) ) ) ) |
| Defendant. | ) ) |

**JOINT MEMORANDUM IN SUPPORT OF MOTION FOR CHANGE OF VENUE**

COMES NOW plaintiff Stuart Wright and defendant United States Marshals Service and jointly move the Court for an Order changing the venue to the Western District of Missouri, Kansas City, Missouri. The plaintiff appears by its counsel, John Kurtz; the United States Marshals Service appears by Robin B. Moore, Assistant United States Attorney defendant United States Marshals Service and, in support of their motion for an order transferring the case to the Western District of Missouri, Kansas City, Missouri states as follows:

**Statement of the Case**

On July 6, 2010, the plaintiff filed a Complaint for Violation of the Freedom of Information Act, Injunctive Relief, Damages and Attorney's Fees. (Doc. No. 1). Plaintiff alleges that his civil rights were violated when "employees of the United States Marshals Service grabbed hold of plaintiff, tasered plaintiff, and threw him to the ground." (Doc. No. 1 ¶¶ 5-7). Plaintiff through this complaint seeks the identity of the persons involved in the incident. On August 17, 2010, defendant filed an Unopposed Motion for Extension of Time to file its Answer. (Doc. 4). On August 18, 2010, the Court granted defendant's Motion for Extension of Time to Answer. (Doc. 5). On September 9, 2010, the parties filed a Joint Motion for Stay of Proceedings and a Memorandum in Support.

(Docs. 6 & 7). Defendant also filed a Second Motion for Extension of Time to File its Answer. (Doc. 8). On September 20, 2010, the Court entered an Order granting the Motion for Stay of Proceedings and defendant's Motion for Extension of Time. (Doc. 9). On December 15, 2010, the parties filed a Joint Motion to Stay Case, including the filing of an Answer. (Doc. 10). On December 16, 2010, the Court entered and Order granting the Motion to Stay Case, up to and including June 17, 2011. (Doc. 11).

On December 9, 2010, plaintiff filed a Complaint in the Western District of Missouri, *Stuart Wright v. U.S.A. et al.,* Case No. 10-cv-01220-SWH. (Doc. 1, W.D. MO.). On June 10, 2010, Magistrate Judge Sarah Hays held a telephone conference with counsel for plaintiff, John Kurtz and Assistant United States Attorney (AUSA) Jeffrey Ray. The parties agreed with the following orders entered by the Court, the defendants provide to plaintiff:

1. The name of any individual involved in the alleged tasering of plaintiff on or about April 15, 2009;

2. the identification of any law enforcement officer/U.S. Marshal who was present during the events described in the Complaint which allegedly took place on or about April 15, 2009; and

3. all incident reports concerning the events described in the Complaint which allegedly took place on or about April 15, 2009.

The plaintiff was also ordered to file an Amended Complaint. (Doc. 36, W.D. MO.).

At the same time, Counsel for plaintiff also discussed this case with AUSA Jeffrey Ray and Magistrate Hays obtaining their approval to transfer the case.

**Memorandum**

Pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where

it might have been brought." Plaintiff alleges in his complaint that he was playing a basketball game at a Grandview, Missouri gymnasium when employees of the United States Marshals Service grabbed hold of plaintiff, tasered him, threw him to the ground and took him into custody. Plaintiff further alleges that he had done nothing wrong and that there was no basis to treat him in that manner. (Doc. 1, W.D. MO.). Upon disclosure of the same information and material that could be provided in a successful FOIA clam (including the identity of the individual involved in the alleged tasering of plaintiff on or about April 15, 2009, and the identification of any law enforcement officer/U.S. Marshal who was present during the events described in the Complaint which allegedly took place on or about April 15, 2009), this case will become moot. For the convenience of the parties and the Court, and in the interest of justice, this case should be transferred to the Western District of Missouri to track with Case No. 10-cv-01220-SWH.

## Conclusion

WHEREFORE, plaintiff Stuart Wright and defendant United States Marshals Service respectfully request that the Court transfer this case to the Western District of Missouri to track with Case No. 10-cv-01220-SWH.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney


s/Robin B. Moore
ROBIN B. MOORE, #10440
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
(316) 269-6481
(316) 269-6481 (FAX)
robin.moore@usdoj.gov

3

In the United States District Court
for the District of Kansas
Stuart Wright v. United States Marshals Service
Civil Action No. 10-2365-RDR-KGS
Joint Memorandum in Support of Motion for Change of Venue

  s/John Kurtz
JOHN KURTZ, #18506
Hubbard & Kurtz, L.L.P.
1718 Walnut
Kansas City, MO 64108
(816) 467-1776
(816) 472-5464 (Fax)
Jkurtz@MoKanLaw.com
ATTORNEYS FOR PLAINTIFF